469 A.2d 283

Henry, Appellants v. Allstate Ins. Co.

Argued October 25, 1983. Anne N. John, for appellants; Damon Fadlowski, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

December 16, 1983.

469 A.2d 284

Benkert v. Barley Conv. Home North, Appellant.

Argued November 1, 1983. Frank J. Goldenberg, for appellant; R. Elliot Katherman, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order and judgment affirmed.